**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 609 MAL 2021
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
NAZEER TAYLOR, :
:
Respondent :

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of March, 2022, the Petition for Allowance of Appeal is

**GRANTED**. The issues, as stated by petitioner and reordered for clarity, are:

(1)     Whether the harmless error doctrine applies where a certifying judge lists an impermissible factor as one of several factors in support of a decision to certify a juvenile to be tried as an adult?

(2).    Whether Pennsylvania's Courts have the constitutional and statutory authority to hold defendants fully accountable for Crimes Code violations, even when those defendants age out of the parameters of the juvenile division of a court of common pleas during the appellate process, given that Pennsylvania's Constitution and statutory law vests the singular court of common pleas in each judicial district with unlimited original jurisdiction in all cases where jurisdiction is not vested in another court?